UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION
JURY

| Maryell Cavazos, | * | CIVIL ACTION NO. |
| Plaintiff | * | |
| | * | 5:23-CV-110 |
| vs. | * | |
| | * | |
| | * | |
| Gurmail Singh, A & T Brothers Inc, | * | |
| and BHP Bros Inc | * | |
| Defendants | * | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Maryell Cavazos requests that entry of judgment by default be entered by the clerk of court against Defendants Gurmail Singh, A & T Brothers Inc, and BHP Bros Inc pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 20th day of January, 2024.

**RESPECTFULLY SUBMITTED,**

BOWERS LAW, PC
5150 BROADWAY #103
SAN ANTONIO, TEXAS 78209
E: paul@ptbfirm.com
P: 210-418-1212
F: 210-634-2461
E-service: service@ptbfirm.com
BY: */S/ Paul Bowers*
PAUL BOWERS
Attorney-in-Charge
STATE BAR NO.: 24078247
SDTX BAR NO.: 1733777

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on parties of record in accordance with the Federal Rules of Civil Procedure on February 20th, 2024.

*/s/ Paul Bowers*

Paul Bowers