United States District Court
Southern District of Texas
**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARYELL CAVAZOS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-110 |
| | § | |
| A & T BROTHERS, INC. *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's motion for default judgment (Dkt. No. 14), which the Court referred to U.S. Magistrate Judge Christopher dos Santos for a report and recommendation (Dkt. No. 15). Plaintiff filed an amended damages request on March 26, 2024 (Dkt. No. 18). On July 12, 2024, Judge dos Santos issued his report and recommendation (Dkt. No. 31), recommending that Plaintiff's default judgment motion be granted in part and that Plaintiff be awarded damages as follows: $19,915.00 in past medical care expenses, $20,120.00 in future medical care expenses, $15,000.00 for past and future physical pain, $1,000.00 for past and future mental anguish, and $15,000.00 for past and future physical impairment (*id.* at 43–44). The time for filing objections has passed, and no objections were filed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for clear error. Finding no clear error, the Court adopts the report and recommendation in its entirety. Accordingly, Plaintiff's motion for final default judgment (Dkt. No. 14) is hereby **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that Plaintiff Maryell Cavazos is awarded damages for medical care expenses incurred in the past in the amount of **$19,915.00**.

**IT IS FURTHER ORDERED** that Plaintiff Maryell Cavazos is awarded damages for medical care expenses that, in reasonable probability, she will incur in the future in the amount of **$20,120.00**.

**IT IS FURTHER ORDERED** that Plaintiff Maryell Cavazos is awarded damages for physical pain sustained in the past and that she will sustain in the future in the amount of **$15,000.00**.

**IT IS FURTHER ORDERED** that Plaintiff Maryell Cavazos is awarded damages for mental anguish sustained in the past and that she will sustain in the future in the amount of **$1,000.00**.

**IT IS FURTHER ORDERED** that Plaintiff Maryell Cavazos is awarded damages for physical impairment sustained in the past and that she will sustain in the future in the amount of **$15,000.00**.

The Clerk of Court is **DIRECTED** to **CLOSE** this civil action. Pursuant to Federal Rule of Civil Procedure 58(a), final judgment will be entered under a separate cover.

It is so **ORDERED**.

**SIGNED** August 20, 2024.

_____
Marina Garcia Marmolejo
United States District Judge