United States District Court
Southern District of Texas
**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARYELL CAVAZOS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-110 |
| | § | |
| A & T BROTHERS, INC. *et al.* | § | |

# FINAL JUDGMENT

Plaintiff Maryell Cavazos has moved for default judgment in this case (Dkt. No. 14) Having adopted the Report and Recommendation of the Magistrate Judge (Dkt. No. 31), the Court now enters final judgment in favor of Plaintiff in accordance with Federal Rule of Civil Procedure 58(a).

It is hereby **ORDERED** that Plaintiff is awarded a total amount of $71,035.00 collectible against Defendants (1) Gurmail Singh, (2) A & T Brothers, Inc., and (3) BHP Bros, Inc. as follows:

1. Medical care expenses incurred in the past in the amount of **$19,915.00**;

2. Medical care expenses that, in reasonable probability, Plaintiff will incur in the future in the amount of **$20,120.00**;

3. Physical pain sustained in the past and that Plaintiff will sustain in the future in the amount of **$15,000.00**;

4. Mental anguish sustained in the past and that Plaintiff will sustain in the future in the amount of **$1,000.00**; and

5. Physical impairment sustained in the past and that Plaintiff will sustain in the future in the amount of **$15,000.00**.

It is so **ORDERED**.

**SIGNED** August 20, 2024.

_____
Marina Garcia Marmolejo
United States District Judge